UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-2130-TORRES

UNITED STATES OF AMERICA,

v.

CLARENCE HENRY REID JR.,

Defendant.
_____/

FILED BY ___Cg___ D.C.

Jan 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

### CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Lauren A. Astigarraga
Lauren A. Astigarraga
Assistant United States Attorney
FL Bar No. 0119473
99 N.E. 4th Street, Suite 700
Miami, FL 33132
Telephone (305) 961-9105
Lauren.Astigarraga@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   21-MJ-02130-TORRES |
| CLARENCE HENRY REID JR. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   09/22/2019 - 09/22/2020   in the county of   Miami-Dade   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____ ID 28740
*Complainant's signature*

Jarid Pfalzgraf, Special Agent (FBI)
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

Date: 1/25/2021

_____
*Judge's signature*

City and state:   Miami, Florida       Honorable Edwin G. Torres, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jarid Pfalzgraf, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the FBI and have been so employed since May 2019. Prior to becoming a SA, I served as a Deputy Sheriff for the Green Lake County Sheriff's Office in Green Lake, Wisconsin from May 2013 to September 2013 and then as a Police Officer for the City of Fond du Lac Police Department in Fond du Lac, Wisconsin from September 2013 to May 2019. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252, and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed many still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media, including computers and cell phones, and have discussed and reviewed these materials with other law enforcement officers.

3. This affidavit is submitted in support of a criminal complaint, which charges Clarence Henry Reid Jr. ("REID") with receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1), and possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and

(b)(2).

4.  The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation and is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against REID for the aforementioned criminal violations.

## SUMMARY OF THE INVESTIGATION

5.  REID resides at 1820 NW 132nd Street, Miami, Florida (the "Residence"). On September 14, 2020, law enforcement obtained a sealed federal search warrant, case no. 20-mj-03589-Reid, based on probable cause to believe that there had been a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and that evidence of said violation existed at the Residence. Probable cause was based, in part, on Kik application chat messages between REID and another subject, located in Philadelphia, Pennsylvania (herein referred to as the "Broker"),[1] who was attempting to sell child pornography videos to REID. The federal search warrant authorized the search of all computers, electronic mobile devices, and electronic storage media.

6.  On September 22, 2020, law enforcement executed the federal search warrant at the Residence and seized, among other things, a Samsung Galaxy S9 smartphone (the "Phone").

7.  REID was present during the search of the Residence. REID waived his *Miranda* rights and was interviewed by law enforcement officers. REID admitted that the Phone belonged to him. The Phone had a numeric passcode to unlock it, and REID knew and gave this passcode to law enforcement to unlock it.

---

[1] The Broker was arrested on January 30, 2020. *See United States v. Beasley*, Case No. 2:20-cr-361 (E.D. Pa.).

2

8. During REID's post-*Miranda* interview with law enforcement, REID admitted that he had previously watched child pornography that came up on the internet while searching for adult pornography.

9. Law enforcement showed REID copies of the Kik chat messages between him and the Broker, which were dated September 22, 2019 and October 7, 2019. REID admitted to using the Kik messenger application on his Phone to communicate with the Broker. REID also admitted to receiving still-frame images of the child pornography videos from the Broker but denied making any purchases from him.

10. The Kik chat messages between REID and the Broker showed REID discussing the potential purchase of child pornography videos. Specifically, the conversation showed the Broker sending REID still-frame images of his inventory of child pornography videos that he had for sale. The still-frame images also included information detailing the title and length of the video and the price for the video. As detailed below, these images depicted child pornography. From this inventory, REID screenshotted the video images that he wanted to purchase and then sent the screenshots back to the Broker. A review of the Phone revealed that the Kik chat messages between REID and the Broker had been deleted prior to the execution of the federal search warrant. However, REID maintained the screenshots of the video images on the Phone.

11. Approximately forty screenshots of the video images depicting child pornography were located on the Phone on September 22, 2020, including the following files from the chat messages with the Broker:

> **IMAGE 1:** Contains a screenshot of what appears to be two pre-pubescent minor males who are both completely nude. The two males are kneeling on the ground facing the camera and are touching each other's exposed nude genitals. Also, on this image is typed yellow lettering, which reads "ZO CUTIES 5 MINUTES $10."

**IMAGE 2:** Contains a screenshot of what appears to be a minor male who is lying on his back completely nude. The minor male is facing the camera and is touching his erect penis. Also, on this image is typed yellow lettering, which reads "HORNEE CUTIE 2 ½ MINUTES $5."

**IMAGE 3:** Contains a screenshot of what appears to be a minor male along with another male who appears to be an adult. Both males are completely nude, and the adult male is lying on his back underneath of the minor male. The adult male appears to be anally penetrating the minor male whose nude genitals are exposed to the camera. Also, on this image is typed yellow lettering, which reads "BLACK BOY DREAMS 5 ½ MINUTES $5."

## CONCLUSION

10. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of REID, for receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1), and possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Jarid W. Pfalzgraf
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on this _____ day of January 2021, at Miami, Florida.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

4